

A PROFESSIONAL CORPORATION

| HEADQUARTERS: | GRAND RAPIDS: |
|---|---|
| 31440 Northwestern Hwy., Suite 200 | 4024 Park East Court, Suite B |
| Farmington Hills, Michigan 48334 | Grand Rapids, Michigan 49546 |
| (248) 642-2515 / fax (248) 642-3628 | (616) 942-0893 / fax (616) 942-0921 |

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.

Ms. Rachel Ruser
U.S. Bankruptcy Court
1 Division Ave. N.
Grand Rapids, MI 49503

March 16, 2018

Re: Thomas Smith (P76786)

Dear Ms. Ruser:

Please be advised, effective Friday, March 16, 2018, Kim Rattet (P62616) has taken over all of Thomas Smith's (P76786) cases.

If you have any questions, please feel free to contact me at 248-593-0463.

Sincerely,
Trott Law, P.C.

Kim Rattet
Supervising Attorney

| | |
|---|---|
| 12-08002 | Brian S. Shrontz |
| 12-09193 | Randall K. Dekilder and Holly M. Dekilder |
| 12-09430 | Mark E Zwolensky and Simone A Zwolensky |
| 12-09550 | James Darrell Casey |
| 12-09729 | Scott Evans and Sandra Evans |
| 12-09939 | Duayne R. LeClear and Lisa K. LeClear |
| 12-10819 | Mandy A. Trevino |
| 12-11027 | Mark Patterson and Robin Patterson |
| 12-11038 | James R. Hensley, Jr. |
| 13-00131 | Robert Madden, Jr. and Melanie Madden |
| 13-00768 | Robin Raychell Sorrells |
| 13-01196 | Kyle J Daleiden and Sarah E Daleiden |
| 13-01424 | Richard L Buttleman and Karen S Buttleman |
| 13-02381 | Gary L Mazur |
| 13-03252 | Dennis Lee Hindman, Jr. and Dawn Marie Hindman |
| 13-05185 | John Daniel Mills and Cheryl Gillum Mills |
| 13-05680 | Stephen Dyer Hurrell (deceased) |
| 13-06422 | Michael James Jensen and Kelly Ann Jensen |
| 13-06810 | Dawn M Atkins |
| 13-07136 | James P. Mucci |
| 13-09446 | Justin P Shafer and Nacole I Shafer |
| 13-09539 | John Joseph Falicki, Sr. |
| 14-00134 | James Arthur Hardy and Nancy Ann Hardy |

| | |
|---|---|
| 14-00173 | Joseph G. McGregor and Kelli A McGregor |
| 14-00423 | Yvonne Marie Hawley |
| 14-00455 | Michael Lee Holt and Chandra Kay Holt |
| 14-01720 | Bradley Johnson and Cheryl Holbrook-Johnson |
| 14-02260 | Dianette Hight |
| 14-02818 | Bounlieng Nobouphasavanh |
| 14-03017 | Robert A. Johnson |
| 14-03975 | Sheila Michelle Peterson-LaBelle |
| 14-04196 | Matthew S Mackenzie |
| 14-04842 | Riccardo L. Rasberry and Renee M Rasberry |
| 14-04919 | Earl Lavern Mason, III and Annabelle Latonio Mason |
| 14-05796 | Jill Erica Roberts |
| 14-06136 | Holly K. Brooks |
| 14-07259 | Robert L Shepard |
| 14-07896 | Lindsey Daniel Shelden |
| 15-00061 | Robert Jay Small |
| 15-00088 | Donald James Andy Toddy and Karen Sue Hensley-Toddy |
| 15-00241 | Mitchell Scott Hiler |
| 15-01160 | Michael W Beeson and Julie A Beeson |
| 15-01300 | Tonisha M. Herrera |
| 15-01424 | Alyssa Ann Smith |
| 15-01666 | Scott William Moore |
| 15-01691 | Jimmie L Grey |
| 15-01715 | Steve D. Basch and Linda M. Basch |
| 15-01737 | Richard Frank Watkeys and Sally Ann Watkeys |
| 15-01754 | John K. Montgomery and Kim M. Montgomery |
| 15-01923 | Jack A Kruis and Debra K Kruis |
| 15-02006 | LaShawn Sherrel McGee |
| 15-02100 | Daryl Kenneth Wilde |
| 15-02150 | Chandler L. Cheeks |
| 15-02154 | Ricky Woods and Marjorie Woods |
| 15-02568 | Melissa Swan |

| | | |
|---|---|---|
| | 15-02688 | Jeremy A. Gifford and Kristen E. Gifford |
| | 15-02710 | Marsha A Bursley |
| | 15-02730 | Nathan J. Hancock and Michelle L. Hancock |
| | 15-02887 | Rex Cannon |
| | 15-03392 | Matthew Douglas Dameron and Tammy Jo Dameron |
| | 15-03569 | Chad Bruining |
| | 15-03642 | Albert L Kelley and Barbara A Kelley |
| | 15-03790 | Jacquelyn A Devereaux |
| | 15-03802 | Chad D. Greenfield |
| | 15-03825 | Jerry-Juan Yadao Ilar and Maria Pacita Ilar |
| | 15-03976 | Daniel R. Deugaw |
| | 15-04132 | Phillip J. Ferrise |
| | 15-04146 | Ricky R. Antisdel and Amy M. Antisdel |
| | 15-04636 | Thad M Zale and Deborah J Zale |
| | 15-04694 | Maureen Lynn Trick and Roger Gordon Trick |
| | 15-04725 | Steven Michael Sacha |
| | 15-04784 | Holly Louise Wicker |
| | 15-04827 | Norman W. Bender |
| | 15-04830 | Lynda Jean Cierlak |
| | 15-04944 | Brian D. Beduhn |
| | 15-05103 | Derrick Ebidon and Cheryl A. Ebidon |
| | 15-05316 | Aaron Hinten and Julie Hinten |
| | 15-05679 | Jack Dice |
| | 15-05749 | Heidi C Organek |
| | 15-05820 | Jack Raymond Mangala |
| | 15-05932 | Jason C. Kemler and Jennifer Lyn Kemler |
| | 15-06070 | Linda Kay Moore |
| | 15-06132 | Anthony Kirkland and Virgie Kirkland |
| | 15-06156 | Amanda Marie Murphy |
| | 15-06374 | Dennis Michael O'Brien |
| | 15-06491 | Robert Fales and Lisa K. Fales |
| | 15-06511 | Dale Brent Hayward, Sr. and Karla DeAnn Hayward |
| | 15-06761 | Don L. Keskey |

| | |
|---|---|
| 15-06784 | Charles O. Sims and Terri S. Sims |
| 15-90175 | Curtis J. Archambeau and Kathleen A. Archambeau |
| 15-90178 | Larry William Milligan |
| 16-00034 | Robert A Gann and Melissa J Gann |
| 16-00039 | Constance Marie Shaw |
| 16-00332 | Nicole Lyn Potter |
| 16-00372 | Alice Nancy Thelen |
| 16-00395 | Thomas E. Christiansen |
| 16-00541 | Fred D. Larthridge |
| 16-00620 | Matthew D. Northuis and Kelly M. Northuis |
| 16-00844 | Kevin Guy Rouse and Sheryl Irene Rouse |
| 16-00856 | Cynthia J Dunham |
| 16-01014 | Sandra Kay Christiansen |
| 16-01877 | Nathan A Fletcher and Patti J Fletcher |
| 16-02484 | Dustin M. Coleman |
| 16-02550 | Geoffrey E. Bruce and Dawn E. Bruce |
| 16-02658 | Matthew Ryan Torian and Elizabeth Elaine Torian |
| 16-02784 | LuAnn K. Smith |
| 16-02849 | Daisey Dailey Tennie Cherniawski |
| 16-02858 | Tony I. Breedlove |
| 16-02977 | Nathan Shane Sandstedt and Jennifer Kay Sandstedt |
| 16-02995 | Marcus E. Burnett and Amy C. Burnett |
| 16-03125 | Mark Jay Telder |
| 16-03213 | Dana Marcelle Lound |
| 16-03239 | Michael G Piggott and Johannah C Piggott |
| 16-03361 | Michael D. O'Byrne and Margaret A. O'Byrne |
| 16-03393 | Brett Brian Burkholder and Heidi Marie Burkholder |
| 16-03399 | Susan K Lacy |
| 16-03444 | Scott McCauley Confer and Andrea Smedley Confer |
| 16-03494 | David Luu and Cindy Le |
| 16-03795 | Adam M Howard and Jennifer Day-Howard |

| | |
|---|---|
| 16-03908 | Kelli J. Jahns |
| 16-04370 | David E. VanLue and Stacey M. VanLue |
| 16-04719 | Kristine A. Davis |
| 16-04764 | Sharif Munye Ahmed |
| 16-04897 | Thomas G. Clark and Lora L. Clark |
| 16-04925 | Ronald Alan Boda and Karen Marie Boda |
| 16-04983 | William N. McCormick, III |
| 16-05041 | Larry W. Huey and Karen S. Huey |
| 16-05072 | Danny Scott Hoffmeyer and Amanda Lorraine Hoffmeyer |
| 16-05113 | Bradley Carland Morgan and Kristi Lynn Morgan |
| 16-05219 | Leroy R Beagle and Bonnie L. Beagle |
| 16-05267 | Valarie J. Aris and William P. Aris |
| 16-05377 | Denny L. Ferguson and Karen K. Ferguson |
| 16-05399 | Kathleen Demaray |
| 16-05439 | Rodney Lynn Whittington-Saddler and Penelope Melebeck |
| 16-05469 | Jennifer Ann Moffit |
| 16-05712 | Malinda Lynn Tucker |
| 16-05780 | Jaime P. Blomeling and Sara L. Blomeling-DeRoo |
| 16-05956 | Allison A. Cox |
| 16-06112 | April Jo Hough |
| 16-06210 | Susan L. Jordan |
| 16-06306 | Pamela J. Saites and William N. Saites |
| 16-06308 | Daniel Vanderkooi and Vicki Vanderkooi |
| 16-06314 | Johnny Ray Richardson and Shirline Richardson |
| 16-90122 | Christinea A Dubord |
| 17-00033 | Steven Paul Haggerty |
| 17-00045 | Douglas A. Klann |
| 17-00159 | Roberto Salvador |
| 17-00160 | Bradley D. Robinson and Jami Robinson |
| 17-00217 | David A. Richards |
| 17-00233 | Brian J Timmer |

| | |
|---|---|
| 17-00236 | Eileen Renee Elenbaas |
| 17-00747 | Valerie Y. Howard |
| 17-00808 | Daniel S. Dalman and Victoria M. Dalman |
| 17-00837 | Kimberly Pope |
| 17-01159 | Jacklyn Ann Sterling |
| 17-01296 | Brandon Columbus Riley and Sonia Noemi Riley |
| 17-01445 | Phillip Thomas Lawson |
| 17-01508 | Yvonne Frances McCumber |
| 17-01549 | Kevin W. Davis |
| 17-01593 | Darcy A Hager |
| 17-01834 | Martha Lynne Conway |
| 17-01988 | Suzanne M Ritz |
| 17-01994 | Tryce Lain Coleman and Oddie Bell-Kent Coleman |
| 17-02027 | Timothy M. Neumann |
| 17-02098 | Crysta A Heart |
| 17-02170 | Duane Alan Christle and Susan Barbara Christle |
| 17-02184 | William Thurman Stroud |
| 17-02251 | Kimberly Kelly Wilcox and Mark Gordon Wilcox |
| 17-02774 | Jonelle Audette Johnston |
| 17-02855 | Cory Michael O'Brien |
| 17-02860 | Edward J. Kramer and Debra L. Kramer |
| 17-02933 | Mark Hazen Kelley, III and Kelly Lynn Eaton-Kelley |
| 17-03322 | Tearri M. Rivers |
| 17-03425 | Jeannette D. Abney |
| 17-03590 | Cynthia Marguerite Rosenbrook |
| 17-03690 | Walter G Harrell, Jr. and Sharon A Moody-Harrell |
| 17-03706 | Robert Ottke and Amy J. Ottke |
| 17-04084 | Cheryl Ayers |
| 17-04112 | Catherine Taylor |
| 17-04141 | Mark Robinson Chandler and Bridget Maurine Chandler |
| 17-04170 | James R Steckley |
| 17-04226 | Sharon Joyce Tielking |
| 17-04532 | Ryan D. Kannegieter |
| 17-04539 | Kara Renee Gamboa |
| 17-04625 | John Edward Boring and Suzanne Marie Boring |

| | |
|---|---|
| 17-04783 | Florence Lawson |
| 17-04994 | Jerrelyn Dale Stafford |
| 17-05102 | Robert Andrew Staffen and April Samantha Crawley |
| 17-05222 | David Allen Levine, Jr and Christy Ann Levine |
| 17-05232 | Robert L Wells and Leenette K Wells |
| 17-05361 | Angela K. Knoth |
| 17-05397 | Edwin Arthur Burland |
| 17-05440 | Glenn Joseph Wolyniak |
| 17-05473 | Lance M. Corey and Karen S. Corey |
| 17-05716 | Debra Sue Tuffelmire |
| 17-05776 | William Patrick and Alicia Patrick |
| 17-05781 | William S. Kunkel, Jr and Julie L. Kunkel |
| 17-05802 | Sheldon M. Treat and Brandy M. Treat |
| 18-00093 | Meaghann Marie Smith |
| 18-00139 | Stacey L. McCarthy |
| 18-00157 | Bobbie J Short |
| 18-00174 | Sylvia Lynn Long |
| 18-00179 | Austin F Williams and Carrie L Williams |
| 18-00253 | Robert L Winters and Linda S Winters |
| 18-00503 | Banhlang Meuangkhot |
| 18-00626 | William Douglas Burnsed and Adrienne Elizabeth Burnsed |
| 18-00896 | Mark A Chapman |
| 18-00941 | Clyde Nathaniel Bogart |
| 18-00957 | Michelle Lorraine Hindbaugh |